UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HACKNEY,<br><br>           Plaintiff,<br><br>     v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>           Defendants. | No.  2:15-cv-2160 JAM CKD P (TEMP)<br><br><br>ORDER |

On March 29, 2016, plaintiff filed a motion for reconsideration of the magistrate judge's order filed March 11, 2016, dismissing plaintiff's first amended complaint.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 11, 2016, is affirmed.

**DATED:** May 20, 2016                              /s/ John A. Mendez                    
                                                              United States District Court Judge

/hack2160.8