UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HACKNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-2160 JAM CKD P (TEMP)<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  On March 11, 2016, plaintiff's first amended complaint was dismissed with leave to amend. ECF No. 19. Plaintiff has since filed a motion to amend, which will be denied as moot because plaintiff has already been granted leave to amend. Plaintiff also seeks an extension of time to hire an attorney. The court construes this motion as an extension of time to file an amended pleading, which will be granted.

　　　　Based on the foregoing, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's motion for leave to amend (ECF No. 20) is denied as moot; and

/////

/////

/////

1

2. Plaintiff's motion for extension of time (ECF No. 23) is granted. Plaintiff shall file a second amended complaint within thirty days from the date of this order.

Dated: July 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mb;hack2160.eot