UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HACKNEY, | No. 2:15-cv-2160 JAM DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CALIFORNIA HEALTH CARE FACILITY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding in forma pauperis with a civil rights action under 42 U.S.C. § 1983. In an order filed March 3, 2017, the court ordered attorney Timothy McCandless to explain why he entered an appearance on plaintiff's behalf. In a filing dated March 22, 2017, Mr. McCandless informed the court about his representation of plaintiff. He also requested removal from this action based on plaintiff's representations that he wishes to proceed pro per. In a response filed April 12, 2017, plaintiff stated that he wants Mr. McCandless to represent him in this case.

When an attorney seeks to represent a pro per party in a pending action, Local Rule 182(g) requires the attorney to file a "Substitution of Attorneys" document, signed by both the attorney and the party. That substitution must be approved by the court so the words "IT IS SO

////

1 | ORDERED," with spaces designated for the date and signature of the Judge, shall be affixed at
2 | the end of each Substitution of Attorneys.
3 |     To clarify the record in this case, within thirty days of the date of this order, Mr.
4 | McCandless shall file a "Substitution of Attorneys" in accordance with Local Rule 182(g).  If a
5 | Substitution of Attorneys is not filed, the court will assume plaintiff continues in this action in pro
6 | per and this case will proceed on the second amended complaint filed by plaintiff on August 11,
7 | 2016.
8 |     IT IS SO ORDERED.
9 | Dated:  May 25, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/hack2160.atty sub