1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM HACKNEY,                        No.  2:15-cv-2160 JAM DB P

12                  Plaintiff,

13        v.                                 ORDER

14   CALIFORNIA HEALTH CARE
     FACILITY, et al.,
15
                     Defendants.
16

17

18        Plaintiff has requested an extension of time to file an amended complaint pursuant to the

19   court's order of July 12, 2017.  Good cause appearing, IT IS HEREBY ORDERED that:

20        1.  Plaintiff's motion for an extension of time (ECF No. 48) is granted; and

21        2.  Plaintiff is granted sixty days from the date of this order in which to file an amended

22   complaint.

23   DATED:  August 28, 2017

24

25
                                             /s/  DEBORAH BARNES
26                                           UNITED STATED MAGISTRATE JUDGE

27

28   DLB:9
     DLB1/prisoner-civil rights/hack2160.36amc