<table>
<tr><td>1</td><td></td></tr>
<tr><td>2</td><td></td></tr>
</table>

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM HACKNEY,                      No.  2:15-cv-2160 JAM DB P

12                    Plaintiff,

13          v.                             ORDER

14   CALIFORNIA HEALTH CARE
     FACILITY, et al.,
15
                     Defendants.
16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18   action under 42 U.S.C. § 1983.  It has come to the court's attention that plaintiff may be deceased.

19   However, no formal notice of death has been filed.  Because plaintiff is proceeding in this action

20   pro se and defendants have not yet been served, the court will direct the Office of the Attorney

21   General to look into this matter.

22          Accordingly, IT IS HEREBY ORDERED that:

23      1.  The Office of the Attorney General shall determine whether plaintiff is, in fact,

24          deceased.  If so, within thirty days from the date of this order, an attorney from that

25          office shall file a formal notice of plaintiff's death with the court and serve that notice

26          on plaintiff's personal representative or successor in interest; or inform the court of the

27          steps they have taken to locate plaintiff's personal representative or successor in

28          interest and explain why such person could not be located.

                                        1

2. The Clerk of the Court is directed to serve this order on Supervising Deputy Attorney General Monica Anderson.

Dated: March 20, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rigths.hack2160.death