UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HACKNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2160 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 56.) Plaintiff has not filed objections to the findings and recommendations.[1]

////

////

---

[1] It appears that plaintiff may be deceased. By separate order the Office of the Attorney General will be directed to determine whether plaintiff is in fact deceased, and if so to file a suggestion of death upon the record pursuant to Federal Rule of Civil Procedure 25.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 13, 2018, are adopted in full; and

    2. Defendant Nguyen is dismissed from this action with prejudice.

DATED:  April 16, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE